IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON BALTHAZAR, individually and as next best friend of P.B., a minor, | ) ) ) | |
| Plaintiff, | ) ) | Judge John Darrah |
| v. | ) ) | NO. 10 CV 04760 |
| CITY OF CHICAGO, Chicago Police Officers NICK BECKMAN, Star 16887, JOHN MURPHY, Star 3297, and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION *AMENDED***

**To:** **Adele Nicholas**
**Law Officers of Lawrence V. Jackowiak**
**20 North Clark Street, Suite 1700**
**Chicago, Illinois 60602**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS *IN LIMINE*,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge DARRAH or before such other Judge sitting in his place or stead, on Monday, April 23, 2012 at 9:00 a.m., or as soon thereafter as Counsel may be heard and then and there present the attached Motion.

Respectfully submitted,
/s/ Erica A. Hokens
ERICA A. HOKENS
Assistant Corporation Counsel

30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-2568
Atty. No. 06271240