# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4760 | **DATE** | 4/18/2012 |
| **CASE TITLE** | P.B. v. City of Chicago et al | | |

**DOCKET ENTRY TEXT**

Enter final pretrial order.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|