# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4760 | **DATE** | 4/25/12 |
| **CASE TITLE** | P.B. v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

The Court received a note from the jurors that stated as follows:

> Your Honor, can you please place points of clarification upon the following statement (page 16). 'A search does not require physical entry into a home or apartment. Simply breaching an entry door and seeing inside an apartment constitutes a search.' Please provide insight as to if this statement is fact in a court of law or just a general statement. Further, can you define the word 'seeing'?

The court read the contents of the note to the attorneys for the parties, and they agreed that the following response should be made: "The law that you are to apply is contained in the jury instructions. Please consider all of them carefully."

Docketing to mail notices.

| | Courtroom Deputy | mf |
|---|---|---|