FILED
OCT 2 4 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHARRON BALTHAZAR, et al.,

Plaintiffs,

vs.

CITY OF CHICAGO, et al.,

Defendants.

No. 10 C 4760

Judge Darrah

## PLAINTIFF-APPELLANT'S TRIAL EXHIBITS

Search Warrant . . . . . . . . . . Exhibit 1

Complaint for Search Warrant . . . . . . . . . . Exhibit 2

Medical Bill . . . . . . . . . . Exhibit 5

Medical Bill . . . . . . . . . . Exhibit 6

Photographs of 515 N. Ridgeway . . . . . . . . . . Exhibit 7 A – K

Photographs of Plaintiff's Door . . . . . . . . . . Exhibit 8 A and B

Lawrence V. Jackowiak
Adele D. Nicholas
Sara A. Garber
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
312-795-9595
*Counsel for Plaintiff*

10:15 am

Page 1 of 1

(3-8) CCM-1-220

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

# SEARCH WARRANT

On this day, PO MURPHY #3297, Chicago Police Department, 011TH DISTRICT TACTICAL UNIT and J Doe, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

**I therefore command that you search:**

PRENTISS WILLIS, M/BLK/29, 5'09, 280 LBS IR#1185459

**and the premises:**

515 N. RIDGEWAY, 3RD FLOOR REARAPARTMENT, CHICAGO, IL COOK COUNTY

**and seize the following instruments, articles and things:**

Cocaine, to wit a controlled substance and any documents showing residency, any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

**which have been used in the commission of, or which constitute evidence of the offense of:**

720 ILCS 570/402

UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE

10-15-09

TDH Eric Bashirian

PLAINTIFF'S EXHIBIT 1

tabbies

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge G. CHEVERE or before any court of competent jurisdiction.

JUDGE [signature] Judge's No. 1930

Date and time of issuance: 10-15-09 @ 1:00 pm

UNW 1998

Chatman #15
15-d-09 0941 hrs.

10/15/2009 10:07 FAX 773 869 4241 BRANCH 25 001/003

10:15am

44-2
COURT BRANCH

COURT DATE

Item 1 of

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK

(3-81) CCMC-1-219
THE CIRCUIT COURT OF COOK COUNTY

# COMPLAINT FOR SEARCH WARRANT

10-15-09

I, P.O. John Murphy #3297, Chicago Police Department, 011th District Tactical Unit and J Doe, Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

Prentiss Willis, M/BLK/29, 5'09, 280 LBS IR#1185459

**and the premises:**

515 N. RIDGEWAY, 3RD FLOOR REAR APARTMENT, CHICAGO, IL COOK COUNTY

**and seize the following instruments, articles and things:**

Cocaine, to wit a controlled substance and any documents showing residency, any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

**which have been used in the commission of, or which constitute evidence of the offense of:**

720 ILCS 570/402
UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE

**Complainant says that he has probable cause to believe, based upon the following facts that the above listed things to be seized are now located upon the person and premises set forth above:**

ASA Eric Bashiri-an

I, P.O. MURPHY #3297, AM A POLICE OFFICER IN THE CITY OF CHICAGO AND HAVE BEEN FOR THE LAST EIGHT YEARS. I AM CURRENTLY ASSIGNED TO THE 011TH DISTRICT TACTICAL UNIT. DURING THIS TIME I HAVE CONDUCTED NUMEROUS NARCOTIC INVESTIGATIONS AND MADE NUMEROUS ARRESTS BASED UPON THOSE INVESTIGATIONS.

ON 14 OCT 2009, I, PO MURPHY #3297, SPOKE WITH A CITIZEN OF THE CITY OF CHICAGO WHOM I WILL REFER TO AS J. DOE IN THIS AFFIDAVIT. J. DOE STATED THAT AT TIMES WHEN HE NEEDED MONEY HE HAS SOLD DRUGS FOR PRENTISS WILLIS ON THE 400 BLOCK OF NORTH RIDGEWAY. J. DOE FURTHER RELATED THAT WHEN HE RECEIVED DRUGS FROM PRENTISS WILLIS, J. DOE WOULD GO TO THE BACK DOOR OF 515 N. RIDGEWAY, 3RD FLOOR REAR, CHICAGO, IL. COOK COUNTY, WHERE PRENTISS WILLIS WOULD OPEN THE DOOR AND HAVE HIM STEP INSIDE TO THE KITCHEN. J. DOE RELATED THAT ON NUMEROUS OCCASSIONS PRENTISS WOULD HAND J. DOE A "PACK" OF

X John Doe

[signature]
COMPLAINANT

U9SW 1898

Subscribed and sworn to before me on [signature] 1930

10-15-09 @ 1:00 pm

JUDGE

Judge's No.

Ypd - MNA #15
5-Oct-09 0940 Hrs

PLAINTIFF'S EXHIBIT 2

Balthazar 10 C 4760
FCRL 000002

10:15 a.m.

44-2
COURT BRANCH | COURT DATE

Page 2 of

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK

(3-81) CCMC-1-21
THE CIRCUIT COURT OF COOK COUNTY

# COMPLAINT FOR SEARCH WARRANT

CRACK COCAINE WHICH HE RETRIEVED FROM A CEREAL BOX ON THE KITCHEN COUNTER FOR J. DOE TO SELL ON THE 400 BLOCK OF NORTH RIDGEWAY. J. DOE STATED THAT A "PACK" IS A BAG WHICH CONTAINS (13) ZIP LOCK BAGGIES OF CRACK COCAINE. J. DOE KNOWS THESE SMALL ZIPLOC BAGS TO CONTAIN COCAINE BECAUSE J. DOE HAS NEVER RECEIVED ANY COMPLAINTS FROM THESE NUMEROUS USERS THAT THE ITEM SOLD WAS NOT COCAINE. FURTHER, THESE USERS HAVE BEEN REPEAT CUSTOMERS. J. DOE STATED THAT EACH ZIP LOCK BAGGIE IS STAMPED WITH A SUPERMAN LOGO. MOST RECENTLY, ON OR ABOUT 12 OCT 09, J. DOE STATED THAT HE WAS IN PRENTISS WILLIS' APARTMENT LOCATED AT 515 N. RIDGEWAY, 3RD FLOOR REAR WHEN A MALE BLACK CITIZEN APPROXIMATELY 20 YEARS OLD KNOCKED ON THE BACK DOOR. J. DOE RELATED THAT PRENTISS WILLIS ANSWERED THE BACK DOOR, SPOKE BRIEFLY TO THE UNKNOWN CITIZEN, THEN PROCEEDED TO OPEN A CEREAL BOX WHICH WAS ON THE COUNTER OF THE KITCHEN. J. DOE RELATED THAT PRENTISS WILLIS RETRIEVED A "PACK" OF CRACK COCAINE FROM WITHIN THE CEREAL BOX AND THEN HANDED THE PACK TO THE CITIZEN. J. DOE RELATED THAT HE KNEW THE CITIZEN WAS GIVEN A PACK BECAUSE HE COULD SEE THE SMALL ZIP LOCK BAGGIES WITH THE SAME SUPERMAN LOGO STAMPED ON THE BAG AS THE BAGS THAT PRENTISS WILLIS HAD GIVEN J. DOE IN THE PAST. PRENTISS WILLIS IS DESCRIBED AS A MALE BLACK 5'09", 280 LBS.

ON OR ABOUT 14 OCT 09, I, P.O. JOHN MURPHY #3297, SHOWED J. DOE A CHICAGO POLICE I-CLEAR GENERATED PHOTO OF PRENTISS WILLIS IR #1185459. J. DOE THEN POSITIVELY IDENTIFIED PRENTISS WILLIS AS THE PERSON THAT J. DOE SELLS COCAINE FOR. ON OR ABOUT 14 OCT 09, I, P.O. MURPHY #3297, ALONG WITH J. DOE RELOCATED TO 515 N. RIDGEWAY, CHICAGO, IL COOK COUNTY, WHERE J. DOE POINTED TO THE 3RD FLOOR REAR APARTMENT OF 515 N. RIDGEWAY, CHICAGO, IL COOK COUNTY AND STATED "THATS WHERE PRENTISS STAYS AND THATS WHERE HE HANDS THE PACKS OUT."

BASED ON THE AFORMENTIONED, THE AFFIANT BELIEVES THAT THERE IS SUFFICIENT FACTS FOR THE ISSUANCE OF A SEARCH WARRANT FOR PRENTISS WILLIS AND THE THIRD FLOOR REAR APARTMENT LOCATED AT 515 N. RIDGEWAY,, CHICAGO, IL COOK COUNTY. I, P.O. MURPHY #3297, PRESENTED J. DOE BEFORE BELOW LISTED JUDGE.

10-15-09

ASA Eric Bashirian [signature]

UYSW 7898

X John Doe
[signature: John Murphy]
COMPLAINANT

Subscribed and sworn to before me on 10-15-09 @ 1:00 pm

[signature] JUDGE | 1930 Judge's No.

Appl. Rev. #15
15-Oct-09 0940 hrs

10/15/2009 10:08 FAX 1773 869 4241 BRANCH 25 003/003

CONFIDENTIAL

WEST SUBURBAN MEDICAL CENTER
3 ERIE COURT
OAK PARK, IL 60302
(708) 938-4580
Tax ID No. 272071328

, C:SP P/T:ERJ

BALTHAZAR, SHARRON 09292-00326 10/19/09 10/19/09
SHEILA M KING

SHARRON BALTHAZAR
3163 W MONROE ST
CHICAGO IL 60612-2787

600000 SELF PAY

03

| | CODE | DESCRIPTICN | QTY | |
|---|---|---|---|---|
| | ***450 | EMERG ROOM | | |
| 10/19 | 001110 | FACILITY LEVEL III | 1 | 623.C |
| | | AREA TOTAL *** | | 623.C |

TOTAL CHARGES 623.0

PLAINTIFF'S EXHIBIT 5

0.0

CONFIDENTIAL

WEST SUBURBAN MEDICAL CENTER
3 ERIE COURT
OAK PARK, IL 60302
(708) 938-4580
Tax ID No. 272071328

-/C:PA P/T:ERJ

BALTHAZAR, PHILLIP 09292-00325 10/19/09 10/19/09
SHEILA M KING

SHARRON BALTHAZAR
3163 W MONROE ST
CHICAGO IL 60612-2787

900100 IL PA

94105R01202982047 03

| | CODE | DESCRIPTION | QTY | |
|---|---|---|---|---|
| | ***450 | EMERG ROOM | | |
| 10/19 | 001110 | FACILITY LEVEL III | 1 | 623.( |
| | | AREA TOTAL *** | | 623.( |

TOTAL CHARGES 623.C

TOTAL PAYMENTS/ADJUSTMENTS 623.0

PLAINTIFF'S
EXHIBIT
6

0.0

0.0



PLAINTIFF'S EXHIBIT 7A

tabbies
PLAINTIFF'S
EXHIBIT
7B

515
17
tabbies
PLAINTIFF'S
EXHIBIT
7C

PLAINTIFF'S EXHIBIT 7D

PLAINTIFF'S
EXHIBIT
7E
tabbies

tabbies
PLAINTIFF'S
EXHIBIT
7F

PLAINTIFF'S EXHIBIT 76

PLAINTIFF'S
EXHIBIT
7H

tabbies
PLAINTIFF'S
EXHIBIT

Chefmate
PLAINTIFF'S
EXHIBIT
15
tabbies

PLAINTIFF'S EXHIBIT 7K



PLAINTIFF'S EXHIBIT 8A

PLAINTIFF'S
EXHIBIT
8B
tabbies